IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK-ALONZO WILLIAMS,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>JOHN E. WETZEL, *et al.*,<br><br>　　　　　　Defendants. | Civil Action No. 2:16-cv-1233<br><br>District Judge Nora Barry Fischer<br>Magistrate Judge Lisa Pupo Lenihan |

## ORDER

AND NOW, this 27th day of May, 2021, in consideration of the fact that Plaintiff has paid the full $350.00 filing fee and owes no remaining balance in 2:16-cv-1233, the Inmate Account Officer at Plaintiff's place of confinement is directed to cease deducting money from Plaintiff's inmate account for payment of the filing fee for 2:16-cv-1233. This order only applies to the filing fee for 2:16-cv-1233, as Plaintiff may owe remaining balances in his other cases and/or for his appeals. The Clerk of Court shall mail a copy of this Order to the Inmate Account Officer at Plaintiff's place of confinement.

　　　　　　　　　　　　　　　　　　　　　　/s/ Lisa Pupo Lenihan
　　　　　　　　　　　　　　　　　　　　　　Lisa Pupo Lenihan
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Cc:　　Mark-Alonzo Williams
　　　　FL-2923
　　　　SCI Greene
　　　　169 Progress Drive
　　　　Waynesburg, PA  15370

　　　　Inmate Account Officer
　　　　SCI Greene
　　　　169 Progress Drive
　　　　Waynesburg, PA  15370

　　　　Counsel for Defendants
　　　　(*Via CM/ECF electronic mail*)